SCOTTLYNN J. HUBBARD IV (SBN 212970)
KHUSHPREET R. MEHTON (SBN 276827)
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244
Email:   usdccentral@hubslaw.Com
         KRMehton@HubsLaw.com

Attorneys for Plaintiff
MARTIN VOGEL

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
400 Capitol Mall, Suite 160
Sacramento, CA  95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Email:   austinn@jacksonlewis.com

Attorneys for Defendant
TOYS 'R' US – DELAWARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN VOGEL,<br><br>    Plaintiff,<br><br>    v.<br><br>TOYS 'R' US – DELAWARE, INC. dba BABIES 'R' US #9573; GIRAFFE PROPERTIES, LLC,<br><br>    Defendants. | CASE NO.: 1:16-CV-00206-LJO-SMS<br><br>**STIPULATION RE: EXTENSION OF TIME UNTIL APRIL 29, 2016 FOR DEFENDANT TOYS 'R' US – DELAWARE, INC. TO RESPOND TO COMPLAINT; ORDER THEREON** |

Pursuant to Local Rule 144, Plaintiff MARTIN VOGEL and Defendant TOYS 'R' US – DELAWARE, INC., by and through their respective attorneys of record, Scottlynn J. Hubbard, IV and Khushpreet R. Mehton; Nathan W. Austin, stipulate as follows:

1.  One previous extension of time has been obtained.

2.  The other Defendant in this case, TOYS "R" US PROPERTY COMPANY II, LLC erroneously sued and served as GIRAFFE PROPERTIES, LLC, was first served with the summons and complaint on March 16, 2016.

3. The parties have actively engaged in settlement negotiations, and this extension is requested to allow the parties to continue to engage in settlement negotiations.

4. Defendant TOYS 'R' US – DELAWARE, INC.'s response will be due no later than April 29, 2016.

IT IS SO STIPULATED effective as of April 6, 2016.

Dated: April 6, 2016                    DISABLED ADVOCACY GROUP, APLC

By: /s/ *Scottlynn J. Hubbard IV*
SCOTTLYNN J. HUBBARD, IV
KHUSHPREET R. MEHTON

Attorneys for Plaintiff
MARTIN VOGEL

Dated: April 6, 2016                    JACKSON LEWIS P.C.

By: /s/ *Nathan W. Austin*
NATHAN W. AUSTIN

Attorneys for Defendant
TOYS 'R' US – DELAWARE, INC.

**ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS SO ORDERED:**

1. The aforementioned extension of time is GRANTED;

2. Defendant TOYS 'R' US – DELAWARE, INC.'s response will be due no later than April 29, 2016.

IT IS SO ORDERED.

Dated:   **April 7, 2016**                    **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

2