SCOTTLYNN J HUBBARD (SBN 212970)
KHUSHPREET R. MEHTON (SBN 276827)
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244
Email:       usdccentral@hubslaw.com

Attorneys for Plaintiff
MARTIN VOGEL

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
400 Capitol Mall, Suite 160
Sacramento, CA  95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Email:   austinn@jacksonlewis.com

Attorneys for Defendant
TOYS 'R' US – DELAWARE, INC. and
TOYS "R" US PROPERTY COMPANY II, LLC
erroneously sued as GIRAFFE PROPERTIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | CASE NO.: 1:16-CV-00206-LJO-SMS |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| TOYS 'R' US – DELAWARE, INC. dba BABIES 'R' US #9573; GIRAFFE PROPERTIES, LLC, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff MARTIN VOGEL and Defendants TOYS 'R' US – DELAWARE, INC. and TOYS "R" US PROPERTY COMPANY II, LLC (erroneously sued as GIRAFFE PROPERTIES, LLC), by and through their respective attorneys of record, hereby stipulate to and jointly request

that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this Court enter a dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED.

Dated:  June 14, 2016                          DISABLED ADVOCACY GROUP, APLC

By: /s/ Scottlynn J Hubbard
SCOTTLYNN J HUBBARD
KHUSHPREET R. MEHTON

Attorneys for Plaintiff
MARTIN VOGEL

Dated:  June 14, 2016                          JACKSON LEWIS P.C.

By: /s/ Nathan W. Austin
NATHAN W. AUSTIN

Attorneys for Defendant
TOYS 'R' US – DELAWARE, INC.

## ORDER

Based on the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

Dated:  **June 14, 2016**                          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE